

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00032-CV

| | | |
|---|---|---|
| Thuy Sunosky | § | From County Court at Law No. 3 |
| | § | of Tarrant County (2012-004596-3) |
| v. | | |
| | § | March 20, 2014 |
| Allen A. Rad Law Firm | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot